

U.S. Department of Justice

Antitrust Division

*Chicago Office*

*Rookery Building*  *312/984-7200*
*209 South LaSalle Street, Suite 600*
*Chicago, Illinois 60604*  *FAX 312/984-7299*

May 29, 2024

<u>VIA ECF</u>

Honorable Lewis J. Liman
United States District Court for the Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re:    *In Re: Concrete and Cement Additives Antitrust Litigation* No. 24-md-3097 (LJL)

Dear Judge Liman:

      The Antitrust Division of the United States Department of Justice respectfully submits this letter in connection with the Court's consideration of the recently filed joint position letter in the above-referenced case (Dkt. 29). We have contacted counsel for all parties in advance of sending this letter and none opposed the Division sending this letter.

      As the letter notes, Dkt. 29 at 4, a grand jury investigation has been initiated related to the concrete and cement additives industry. The Division has a compelling interest in maintaining the secrecy of grand jury proceedings. *See United States v. Haller*, 837 F.2d 84, 87-88 (2d Cir. 1988) (explaining potential problems with disclosure of "matters relating to grand jury proceedings").[1]

      The letter also notes that the Plaintiffs intend to specifically seek "production of documents produced to, or collected by, government agencies," although such production will not be immediate. Dkt. 29, Ex. B. Given that even the fastest discovery timeframe proposed by Plaintiffs in the letter would likely not begin for months, a motion to intervene and seek any stay of civil discovery by the Division would not yet be ripe. Yet, we did not want to let the Division's interest in this matter go unspoken as the Court considers the scope and timing of discovery.

---

[1] If it would be helpful to the Court to have more detail on the status of the grand jury's investigation, the Department of Justice can provide more information on an *ex parte* basis.

We are available to provide additional information at the Court's convenience.

    Respectfully submitted,

    */s/ Carla M. Stern*

    Carla M. Stern
    Trial Attorney
    Illinois Bar No. 6201979
    U.S. Department of Justice, Antitrust Division
    209 S. LaSalle St., Suite 600
    Chicago, IL 60604
    Office: 312-754-3940
    Carla.Stern@usdoj.gov

cc: All attorneys of record