### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>CONCRETE AND CEMENT ADDITIVES ANTITRUST LITIGATION<br><br>*This Document Relates to All Actions.* | Case No. 24-MD-03097 (LJL) |

## MOTION TO WITHDRAW AS COUNSEL

PLEASE TAKE NOTICE that, pursuant to Local Civil Rule 1.4 and upon the accompanying Declaration of Anna E. Sanders.  I, Anna E. Sanders, hereby move this Court to withdraw my appearance as counsel of record for Defendants Cinven Ltd., Cinven, Inc., Master Builders Solutions Admixtures US, LLC, and Master Builders Solutions Deutschland GmbH in the above-captioned action, and to remove my email from the CM/ECF service lists for this action. The attorney of record at Kirkland Ellis will continue to represent Defendants Cinven Ltd., Cinven, Inc., Master Builders Solutions Admixtures US, LLC, and Master Builders Solutions Deutschland GmbH in this matter.  My withdrawal will neither delay resolution of the above-captioned action nor prejudice any parties, and there is thus good cause to permit me to withdraw as counsel for Petitioners.

Respectfully submitted,

Dated: November 22, 2024

**BUCHANAN INGERSOLL & ROONEY PC**

*/s/ Anna E. Sanders*
Anna E. Sanders
Two Liberty Place
50 S. 16th Street, Suite 3200
Philadelphia, PA 19102
(215) 665-8700
anna.sanders@bipc.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 22, 2024, I caused a copy of the foregoing Motion to Withdraw As Counsel to be electronically served on all parties in this action by CM/ECF.

Dated: November 22, 2024            */s/ Anna E. Sanders*  
                                                    Anna E. Sanders

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>CONCRETE AND CEMENT ADDITIVES ANTITRUST LITIGATION<br><br>*This Document Relates to All Actions.* | Case No. 24-MD-03097 (LJL) |

## DECLARATION OF ANNA E. SANDERS

I, Anna E. Sanders, hereby declare as follows:

1. I am an attorney with the law firm Buchanan Ingersoll & Rooney PC. I submit this Declaration pursuant to Local Civil Rule 1.4 in support of the accompanying Motion to Withdraw as Counsel for Defendants Cinven Ltd., Cinven Inc., Master Builders Solutions Admixtures U.S., LLC, and Master Builders Solutions Deutschland GmbH.

2. Defendants Cinven Ltd., Cinven Inc., Master Builders Solutions Admixtures U.S., LLC, and Master Builders Solutions Deutschland GmbH will continue to be represented by counsel at Kirland Ellis in this matter.

3. My withdrawal will not delay the matter or prejudice any party.

4. I declare under penalty of perjury that the foregoing statements are true and correct.

Respectfully submitted,

Dated: November 22, 2024      **BUCHANAN INGERSOLL & ROONEY PC**

*/s/ Anna E. Sanders*
Anna E. Sanders
Two Liberty Place
50 S. 16th Street, Suite 3200
Philadelphia, PA 19102
(215) 665-8700
anna.sanders@bipc.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>CONCRETE AND CEMENT ADDITIVES ANTITRUST LITIGATION<br><br>*This Document Relates to All Actions.* | Case No. 24-MD-03097 (LJL) |

**ORDER**

The Court, having considered the Motion to Withdraw Anna E. Sanders as counsel of record for Defendants Cinven Ltd., Cinven Inc., Master Builders Solutions Admixtures U.S., LLC, and Master Builders Solutions Deutschland GmbH and accompanying declaration, **GRANTS** the Motion.

**IT IS HEREBY ORDERED** that Ms. Sanders is withdrawn as counsel of record, that her appearance is deemed withdrawn as of the date of this Order, and that her e-mail address be removed from the Court's CM/ECF service list in the above-captioned action. All future pleadings, notices, and other documents are to be served on the remaining counsel for Defendants Cinven Ltd., Cinven Inc., Master Builders Solutions Admixtures U.S., LLC, and Master Builders Solutions Deutschland GmbH.

_____
HON. LEWIS J. LIMAN
United States District Judge