## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: CONCRETE AND CEMENT ADDITIVES ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*All Direct Purchaser Plaintiff Actions* | Case No. 1:24-md-03097-LJL<br><br>ORAL ARGUMENT REQUESTED<br><br>**JURY TRIAL DEMANDED** |

### NOTICE OF BASF SE'S MOTION TO DISMISS DIRECT PURCHASER PLAINTIFFS' CORRECTED CONSOLIDATED CLASS ACTION COMPLAINT

**PLEASE TAKE NOTICE** that, upon the accompanying memoranda of law, the declarations annexed thereto, and all other papers and proceedings herein, Defendant BASF SE[1] will move this Court, before the Honorable Lewis J. Liman, United States District Judge, United States District Court for the Southern District of New York, 500 Pearl Street, New York, NY 10007-1312 at a date and time to be determined by the Court, for an Order dismissing with prejudice the claims asserted against BASF SE by the Direct Purchaser Plaintiffs in the above-captioned action pursuant to Rules 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure. The bases for the motion are set forth in the accompanying Memorandum of Law in Support of BASF SE's Motion to Dismiss for Failure to State a Claim.

**PLEASE TAKE FURTHER NOTICE** that BASF SE respectfully requests that oral argument be heard on this Motion pursuant to Rule 2(M) of the Court's Individual Practices in Civil Cases.

---

[1] BASF SE appears in the above-captioned action on a limited basis to challenge the exercise of personal jurisdiction and the sufficiency of the pleaded claims against it.

Dated: June 13, 2025                    Respectfully submitted,

                                                 /s/ *Andrew S. Marovitz*
Andrew S. Marovitz (pro hac vice)
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
Tel: (312) 782-0600
amarovitz@mayerbrown.com

Rachel J. Lamorte
MAYER BROWN LLP
1999 K Street, NW
Washington, DC 20006
Tel: (202) 263-3262
rlamorte@mayerbrown.com

*Counsel for BASF SE*