

U.S. Department of Justice

Antitrust Division

*Chicago Office*

Rookery Building  
209 South LaSalle Street, Suite 600  
Chicago, Illinois 60604

312/984-7200

FAX 312/984-7299

July 1, 2025

VIA ECF

Honorable Lewis J. Liman  
United States District Court for the Southern District of New York  
Daniel Patrick Moynihan  
United States Courthouse  
500 Pearl Street  
New York, NY 10007-1312

      RE:   *In Re: Concrete and Cement Additives Antitrust Litigation* No. 24-md-3097 (LJL)

Dear Judge Liman:

    The Antitrust Division of the United States Department of Justice respectfully submits this unopposed letter-motion to continue the Joint Stipulation and Order Re: Limited Stay of Discovery ("Joint Stipulation"), previously entered by this Court on October 18, 2024 (Dkt. 206). We contacted counsel in advance of sending this letter, and none opposed.

    In light of the Court's recent ruling on the Motion to Dismiss (Dkt. 300) the United States moves to extend the Joint Stipulation at paragraph 3 and 5 from July 1, 2025, until such time as Plaintiffs file an amended complaint. In the event an amended complaint is filed, the United States would confer with the parties regarding a modification, extension or lift of the stay. The United States respectfully requests that the Court otherwise leave all other provisions of the Joint Stipulation in place at this time.

    If the Court would like the United States to provide any additional information, we are available at the Court's convenience.

Respectfully submitted

*/s/M. Claire Nicholson*  
M. Claire Nicholson  
Trial Attorney  
Illinois ARDC #6309577  
Carla M. Stern  
Trial Attorney  
Illinois ARDC #6201979

The letter motion is granted as unopposed.

SO ORDERED.

LEWIS J. LIMAN  
United States District Judge

July 2, 2025

>U.S. Department of Justice, Antitrust Division
>209 S. LaSalle Street, Suite 600
>Chicago, IL 60604
>Office: 312-705-1145; fax: 312-984-7299
>Mary.Nicholson2@usdoj.gov
>Carla.Stern@usdoj.gov

cc: All attorneys of record via ECF