IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: CONCRETE AND CEMENT ADDITIVES ANTITRUST LITIGATION<br><br>*This Document Relates to:*<br>*All Direct Purchaser Plaintiff Actions.*<br><br>1:24-cv-3056-LJL<br>1:24-cv-3033-LJL<br>1:24-cv-3045-LJL<br>1:24-cv-3246-LJL<br>1:24-cv-3236-LJL<br>1:24-cv-3806-LJL | Case No. 24-MD-3097 (LJL) |

**DIRECT PURCHASER PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF THE SETTLEMENT WITH SAINT-GOBAIN AND CERTIFICATION OF THE PROPOSED SETTLEMENT CLASS**

**PLEASE TAKE NOTICE** that, on a date and at a time to be determined by the Court, at the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007, in the Courtroom of the Honorable Lewis J. Liman, Direct Purchaser Plaintiffs M&D Peterson, LLC, Keystone Concrete Block & Supply Co. Inc., 570 Concrete, LLC, H&S Redi-Mix, Inc., J&L Imperium Industries, LLC, and Benevento Concrete Corp. (collectively, "DPPs"), through the undersigned Interim Lead Class Counsel for the Direct Purchaser Class ("Hausfeld"), will and hereby do move the Court pursuant to Federal Rule of Civil Procedure 23(e) for entry of an order (1) granting preliminary approval of the proposed Settlement[1] reached between DPPs, on behalf of themselves and each member of the proposed direct purchaser Settlement Class, and Defendants Compagnie de Saint-Gobain, S.A.,

---
[1] The Settlement Agreement is attached as Exhibit A to the Declaration of Nathaniel C. Giddings, filed concurrently herewith. Unless otherwise noted or defined herein, all capitalized terms have the same meanings ascribed in the Settlement Agreement.

1

Saint-Gobain Corporation, Chryso S.A.S., Chryso, Inc., and GCP Applied Technologies, Inc. (collectively, "Saint-Gobain") in the Action; (2) certifying the proposed direct purchaser Settlement Class for settlement purposes only under Rules 23(b)(3) and (e) of the Federal Rules of Civil Procedure; (3) appointing the named DPPs as Settlement Class Representatives; (4) appointing Hausfeld as Settlement Class Counsel; (5) appointing Huntington Bank as the Escrow Agent; and (6) appointing JND Legal Administration as the Settlement Administrator.

For the Court's convenience, a [Proposed] Order Preliminarily Approving the Direct Purchaser Plaintiffs' Settlement with Saint-Gobain and Certifying the Direct Purchaser Settlement Class accompanies this Notice. In support of their Motion, DPPs rely on this Notice, the accompanying Memorandum of Law, the accompanying Declaration of Nathaniel C. Giddings and Exhibits A through C attached thereto, and the accompanying [Proposed] Order.

Dated: August 15, 2025                    Respectfully submitted,

    */s/ Nathaniel C. Giddings*
Nathaniel C. Giddings
**HAUSFELD LLP**
1200 17th Street NW, Suite 600
Washington, DC 20036
Tel: (202) 540-7200
Fax: (202) 540-7201
ngiddings@hausfeld.com

Jeannine Kenney
**HAUSFELD LLP**
325 Chestnut Street, Suite 900
Philadelphia, PA 19106
Tel: (215) 985-3270
Fax: (215) 985-3271
jkenney@hausfeld.com

Scott Martin
**HAUSFELD LLP**
33 Whitehall Street, 14th Floor
New York, NY 10004

Tel: (646) 357-1100
Fax: (212) 202-4322
smartin@hausfeld.com

Michael P. Lehmann
Emma Blake
**HAUSFELD LLP**
580 California Street, 12th Floor
San Francisco, CA 94111
Tel: (415) 633-1908
Fax: (415) 633-4980
mlehmann@hausfeld.com
eblake@hausfeld.com

*Interim Lead Class Counsel for the Proposed Direct Purchaser Class*