

U.S. Department of Justice

Antitrust Division

*Chicago Office*

Rookery Building  312/984-7200
209 South LaSalle Street, Suite 600
Chicago, Illinois 60604  FAX 312/984-7299

November 4, 2025

VIA ECF

Honorable Lewis J. Liman
United States District Court for the Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

       RE:   *In Re: Concrete and Cement Additives Antitrust Litigation* No. 24-md-3097 (LJL)

Dear Judge Liman:

    The Antitrust Division of the United States Department of Justice respectfully submits this unopposed letter-motion to lift the discovery stay. The United States has closed the grand jury investigation related to the concrete and cement additives industry, and thus there is no longer a need to continue the stay.

    This Court previously entered a Joint Stipulation and Order Re: Limited Stay of Discovery (Dkt. 206) and an Order Granting Letter Motion to Continue the Stay (Dkt. 303), the United States respectfully requests that the Court lift the discovery stay in its entirety. The United States conferred with counsel in advance of sending this letter, and none opposed the request. If the Court would like the United States to provide any additional information, we are available at the Court's convenience.

Respectfully submitted

*/s/M. Claire Nicholson*
M. Claire Nicholson
Trial Attorney
Illinois ARDC #6309577
U.S. Department of Justice, Antitrust Division
209 S. LaSalle Street, Suite 600
Chicago, IL 60604
Office: 312-705-1145; fax: 312-984-7299
Mary.Nicholson2@usdoj.gov

**The stay of discovery in this case is lifted effective immediately.**

SO ORDERED.

*/s/ Lewis J. Liman*
LEWIS J. LIMAN
United States District Judge

November 5, 2025

cc: All attorneys of record via ECF