UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  5/13/2026
```

| | |
|---|---|
| IN RE: CONCRETE AND CEMENT ADDITIVES ANTITRUST LITIGATION | |
| | 24-md-3097 (LJL) |
| This documents Relates To:<br><br>ALL ACTIONS | ORDER |

LEWIS J. LIMAN, United States District Judge:

The Court will hear oral argument on the pending motions to dismiss on June 23, 2026, at 2:00 PM in Courtroom 15C of the 500 Pearl Street Courthouse.  The parties should also be prepared to address the pending motions for discovery at that time.

SO ORDERED.

Dated: May 13, 2026
      New York, New York

                                LEWIS J. LIMAN
                         United States District Judge