**Perkins Coie**

Perkins Coie LLP          T. +1.206.359.8000
1301 Second Avenue        F. +1.206.359.9000
Suite 4200                perkinscoie.com
Seattle, WA 98101-3804

May 21, 2026

Shylah R. Alfonso
SAlfonso@perkinscoie.com
D. +1.206.359.3980
F. +1.206.359.4980

**VIA ECF**

The Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15C
New York, NY 10007

**Re:     *In re: Concrete and Cement Additives Antitrust Litigation*, No. 1:24-MD-03097-LJL**

Dear Judge Liman:

We write on behalf of Defendants[1] to respectfully request that the Court reschedule the oral argument on the pending motions to dismiss, which the Court set by order dated May 13, 2026. ECF No. 455.

The oral argument is scheduled for June 23, 2026.  Unfortunately, counsel for one of the Defendants has an unavoidable conflict on that date that cannot be moved.  Defendants respectfully request that the Court reschedule the oral argument for June 22, 2026, if the Court's calendar permits.

Defendants have conferred with Plaintiffs, who take no position on the request and while they are available on June 23, Plaintiffs are amenable to moving the oral argument to June 22, 2026.  The Parties will be prepared to address the pending motions for discovery at that time as well.

This letter-motion is Defendants' first request to reschedule the oral argument.

---

[1] Sika AG, Sika Corporation, Sika France SAS, Master Builders Solutions Admixtures US., LLC, Master Builders Solutions France S.A.S., Cinven Ltd., Mapei S.p.A., Mapei Corporation, and Mapei France S.A. (collectively "Defendants").

May 21, 2026
Page 2

Dated: May 21, 2026

/s/ *Daniel E. Laytin*
Daniel E. Laytin (*pro hac vice*)
Christa C. Cottrell (*pro hac vice*)
Anne I. Salomon (*pro hac vice*)
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
Tel: (312) 862-2000
dlaytin@kirkland.com
ccottrell@kirkland.com
anne.salomon@kirkland.com

*Counsel for Defendants Cinven Ltd.,
Master Builders Solutions Admixtures
U.S., LLC, and Master Builders Solutions
France S.A.S.*

/s/ *Shylah R. Alfonso*
Shylah R. Alfonso (*pro hac vice*)
PERKINS COIE LLP
1301 Second Avenue, Suite 4200
Seattle, WA 98101
Tel: (206) 359-8000
salfonso@perkinscoie.com

Shari A. Brandt
PERKINS COIE LLP
1155 Avenue of the Americas, 22nd Floor
New York, NY 10036
Tel: (212) 262-6900
sbrandt@perkinscoie.com

*Counsel for Defendants Mapei
Corporation, Mapei S.p.A., and Mapei
France S.A.*

Respectfully submitted,

/s/ *Mark G. Weiss*
Mark G. Weiss (*pro hac vice*)
Ashley B. Eickhof (*pro hac vice*)
Andrew L. Black
BAKER MCKENZIE LLP
815 Connecticut Avenue NW
Washington, DC 20006
Tel: (202) 452-7000
mark.weiss@bakermckenzie.com
ashley.eickhof@bakermckenzie.com
andrew.black@bakermckenzie.com

Jeffrey D. Martino (*pro hac vice*)
BAKER MCKENZIE LLP
452 Fifth Avenue
New York, NY 10018
Tel: (212) 626-4100
jeffrey.martino@bakermckenzie.com

*Counsel for Defendants Sika Corporation,
Sika AG, and Sika France SAS*

The oral argument scheduled for June 23, 2026, is hereby rescheduled to June 22, 2026, at 2:00 PM in Courtroom 15C of the 500 Pearl Street Courthouse.

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

May 22, 2026