USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/02/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: CONCRETE AND CEMENT ADDITIVES ANTITRUST LITIGATION

This documents Relates To:

ALL ACTIONS

24-md-3097 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

Pending before the Court is Plaintiffs' July 6, 2026 motion to provisionally file under seal Appendix A to its letter at Dkt. No. 464. Dkt. No. 461. Plaintiffs state that Appendix A "contains information that the Saint-Gobain Defendants have designated highly confidential pursuant to the Protective Order entered in this case." *Id.* Plaintiffs further state that they would "work with the Saint-Gobain Defendants to identify which information contained in Appendix A, if any, requires sealing notwithstanding their designation." *Id.* Also pending before the Court is the July 13, 2026 motion of Defendants to seal their response to Appendix A, as the response "quote[s] and respond[s] to allegations that Saint-Gobain claims to be highly confidential in Appendix A." Dkt. No. 468. The Court has received no further filings on these motions.

In the Opinion and Order issued by the Court today, September 2, 2026, *see* Dkt. No. 473, the Court independently disclosed certain information contained in Appendix A based on its determination that confidential treatment is not appropriate for the information referenced in the Opinion and Order.

Any party, including non-party Saint-Gobain, who wishes the material at Dkt. Nos. 464 and 469 to remain under seal is directed to file a letter by no later than September 9, 2026 indicating precisely the information that should remain under seal and providing justifications in

support thereof consistent with the Second Circuit's decision in *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006). In the absence of a timely-filed response, the materials at Dkt. Nos. 464 and 469 will be unsealed.

SO ORDERED.

Dated: September 2, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge