UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: CONCRETE AND CEMENT ADDITIVES ANTITRUST LITIGATION

THIS DOCUMENTS RELATES TO:

ALL ACTIONS

24 -md-03097 (LJL)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Opinion and Order dated September 2, 2026, Defendants' motions to dismiss for failure to state a claim are GRANTED. Plaintiffs' claims are dismissed with prejudice. The French Defendants' joint motion to dismiss for lack of personal jurisdiction and the Mapei Defendants' motion to dismiss pursuant to Rule 12(b)(2) as to claims against Mapei France are DENIED as moot.

**Dated:** New York, New York
September 9, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:** [signature]

**Deputy Clerk**