USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:________________
DATE FILED: 10/5/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| |
|---|
| IN RE: CONCRETE AND CEMENT ADDITIVES ANTITRUST LITIGATION |
| This documents Relates To:<br><br>ALL ACTIONS |

24-md-3097 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

Having received no letters in response to the Court's Order of September 2, 2026, *see* Dkt. No. 474, the Clerk of Court is respectfully directed to unseal the materials at Dkt. Nos. 464 and 469 and to close the motions at Dkt. Nos. 461 and 468.

SO ORDERED.

Dated: October 5, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge